

**ORDERED in the Southern District of Florida on March 14, 2022.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov**

In re:                                           CASE NO.: 22-11858-MAM

Joshua Boyd,
                                                 CHAPTER 7
        Debtor.
_____/

### ORDER (I) DENYING DEBTOR'S APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED (ECF NO. 7) AND (II) REQUIRING INSTALLMENT PAYMENTS

**THIS MATTER** came before the Court upon the above-captioned debtor's ("Debtor") *Application to Have the Chapter 7 Filing Fee Waived* (the "Application") (ECF No. 7). Pursuant to 28 U.S.C. § 1930(f), the Court may waive the chapter 7 filing fee for an individual debtor who has income less than 150 percent of the income official poverty line applicable to a family of the size involved and is unable to pay

1

that fee in installments.

On the Application, Debtor indicated that there is one person in Debtor's family. One hundred and fifty percent of the applicable poverty guidelines for a family of one is $20,385.00 annually, and $1,698.75 monthly.[1] Debtor's Schedule I (ECF No. 1), however, indicates a total monthly income of $1,841.65. Accordingly, the Court concludes that Debtor is ineligible for waiver of the chapter 7 filing fee because Debtor has income greater than 150 percent of the official income poverty line applicable to a family of three, and Debtor must pay the chapter 7 filing fee in installments.

For the reasons discussed above, the Court, having considered the Application and being otherwise fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

1. Debtor's Application is **DENIED.**

2. Debtor shall pay the Chapter 7 filing fee according to the following terms:

    a. $169.00 on or before April 1, 2022; and

    b. $169.00 on or before May 2, 2022.

3. Until the filing fee is paid in full, Debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. If Debtor fails to timely pay the filing fee in full or to timely make installment payments, the Court may dismiss Debtor's case without further notice.

---

[1] www.uscourts.gov/file/document/150-percent-hhs-poverty-guidelines

5. The Court is unable to appoint an attorney to represent Debtor in this case. If Debtor cannot afford to retain an attorney, Debtor may contact Steven S. Newburgh, Esq. at 561-659-4020—or any other individual or entity listed in the *Clerk's Notice of Pro Bono Resources* (ECF No. 12)—to inquire into the possibility of obtaining pro bono representation.

### 

Copies Furnished To:

**Joshua Boyd**
13805 Emerson St #302
Palm Beach Gardens, FL 33418

Nicole Testa Mehdipour, Trustee

AUST